MICHELE BECKWITH
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00413-DJC |
| Plaintiff, | **ORDER** |
| v. | |
| LINDA CATHERINE WILLMOTH-RILEY and CATALIN TIBERIU GHEORGHIU, | |
| Defendant. | |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against Linda Catherine Willmoth-Riley and Catalin Tiberiu Gheoghiu is dismissed. Any pending arrest warrants are recalled.

Dated: June 4, 2025                         /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE